UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

ROGER McCLANAHAN                               CIVIL ACTION

VERSUS                                         NO. 11-2542

TRANSOCEAN OFFSHORE DEEPWATER                  SECTION "B"(1)
DRILLING, INC.

### ORDER

Considering the above and foregoing Motion to Dismiss (Rec. Doc. No. 66),

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and is hereby finally dismissed with full prejudice to all rights of plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own respective costs in these proceedings.

IT IS ORDERED that the Court retains jurisdiction over the settlement agreement herein and further retains jurisdiction to enforce the terms of the settlement agreement.

THUS DONE AND SIGNED at New Orleans, Louisiana this 12th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE